# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GASTON B. MUGNIER

NO. 2021 KW 0952

**NOVEMBER 5, 2021**

---

In Re:     Gaston B. Mugnier, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 614318.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT